

ADVANCING SCIENCE, SERVING SOCIETY

Judge Richard A. Posner
US Circuit Court of Appeals, 7th Circuit
219 S. Dearborn Street,
Room 2788F
Chicago, IL 60604

**Invoice**
**Invoice Date:** December 12, 2012
**Invoice No.:** 52-4396-1R

**Description**
Per the Letter of Agreement signed 11/7/12 relating to the services to be provided by AAAS for the recommendation of an expert(s) in the Brandeis patent litigations as provided through the Court Appointed Scientific Experts (CASE) project staff.

| | | |
|---|---|---|
| Initial payment due | $ | 4,000.00 |
| **Amount Due AAAS** | **$** | **4,000.00** |
| E.I.N. 53-0196568 | | |

Certifying Official:

*[signature]*                                    12/12/12
Colleen Struss                                   Date
Director of Finance

Please include a copy of this invoice with your payment and remit to Tanisha Lewis at the address below.
If you have questions regarding the invoice please contact Tanisha Lewis at 202-326-8978.

Office of Finance and Administration

American Association for the Advancement of Science
1200 New York Avenue, NW, Washington, DC 20005 USA
Tel: 202 326 6699
www.aaas.org