

| | | | | |
|---|---|---|---|---|
| Invoice ID | **CHOLESTEROL-Q2-2013** | Invoice For Criterion Economics | | **Hon. Richard A. Posner** |
| Issue Date | 01/07/2013 | | | Circuit Judge |
| Due Date | 01/07/2013 (upon receipt) | | | U.S. Court of Appeals for the Seventh Circuit |
| Subject | Court-appointed neutral expert economic analysis of damages for patent infringement: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508 | | | 219 South Dearborn Street Chicago, IL 60604 |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Gregory Sidak (10/01/2012 - 12/31/2012) | 84.00 | $750.00 | **$63,000.00** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Alina Liao (10/01/2012 - 12/31/2012) | 113.75 | $425.00 | **$48,343.75** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Nathan Snow (10/01/2012 - 12/31/2012) | 86.75 | $455.00 | **$39,471.25** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Allison Crowley (10/01/2012 - 12/31/2012) | 20.00 | $275.00 | **$5,500.00** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Andy Vassallo (10/01/2012 - 12/31/2012) | 67.25 | $495.00 | **$33,288.75** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Jeremy Skog (10/01/2012 - 12/31/2012) | 38.75 | $495.00 | **$19,181.25** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Leonard Sabetti (10/01/2012 - 12/31/2012) | 16.00 | $455.00 | **$7,280.00** |
| Product | Courtesy discount | 1.00 | -$170,000.00 | **-$170,000.00** |

**Amount Due**     **$46,065.00**

From **Criterion Economics**
4512 Edmunds Street, N.W.
Washington, D.C. 20007
Tel: (202) 518-5121, (202) 333-2699
U.S. Tax ID: 52-2190786

**Notes**

PAYABLE IN U.S. DOLLARS.

Wire Transfers:
Swift code: PNCCUS33
Routing code: 031000053
Account no. 5303199726
Bank: PNC, 1913 Massachusetts Avenue, N.W., Washington, D.C. 20036