

|              |                                                                                                      | From                        | **Criterion Economics**                                                                                                                   |
|--------------|------------------------------------------------------------------------------------------------------|-----------------------------|-------------------------------------------------------------------------------------------------------------------------------------------|
|              |                                                                                                      |                             | 4512 Edmunds Street, N.W.<br>Washington, D.C. 20007<br>Tel: (202) 518-5121, (202) 333-2699<br>U.S. Tax ID: 52-2190786                     |

| Invoice ID | **CHOLESTEROL-Jan-2013** | Invoice For Criterion Economics | **Hon. Richard A. Posner** |
|---|---|---|---|
| Issue Date | 01/29/2013 | | Circuit Judge<br>U.S. Court of Appeals for the Seventh Circuit<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| Due Date | 01/29/2013 (upon receipt) | | |
| Subject | Court-appointed neutral expert testimony and analysis on patent infringement damages, Brandeis Univ. v. East Side Ovens | | |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Gregory Sidak (01/01/2013 - 01/31/2013) | 24.00 | $750.00 | **$18,000.00** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Alina Liao (01/01/2013 - 01/31/2013) | 27.00 | $435.00 | **$11,745.00** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Jeremy Skog (01/01/2013 - 01/31/2013) | 10.75 | $495.00 | **$5,321.25** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Andy Vassallo (01/01/2013 - 01/31/2013) | 9.50 | $495.00 | **$4,702.50** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Nathan Snow (01/01/2013 - 01/31/2013) | 6.50 | $455.00 | **$2,957.50** |
| Professional Services | [CHOLESTEROL] Cholesterol Patent Litigation: Brandeis Univ. v. East Side Ovens, Inc., 1:2012cv01508: Allison Crowley (01/01/2013 - 01/31/2013) | 9.00 | $275.00 | **$2,475.00** |
| Product | Complimentary discount | 1.00 | -$35,729.73 | **-$35,729.73** |

**Amount Due**     **$9,471.52**

Notes

PAYABLE IN U.S. DOLLARS.

Wire Transfers:
Swift code: PNCCUS33
Routing code: 031000053
Account no. 5303199726
Bank: PNC, 1913 Massachusetts Avenue, N.W., Washington, D.C. 20036