# INVOICE

January 28, 2013

Brandeis vs. Keebler Co.

Review of case and preparation of Expert Report
December 16, 2012 - January 27, 2013
53.5 hr @ $700:                                $37,450.00

Reprint costs:                                     $44.00

Non-refundable airfare:                         $1,111.80


Total due:                                     $38, 605.80


Payable by check to:

Ronald M. Krauss, M.D.
774 Keeler Ave.
Berkeley, CA 94708-1322