IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRANDEIS UNIVERSITY and GFA BRANDS, INC.,** *Plaintiffs,* v. **BREMNER FOOD GROUP, INC. and TOPCO ASSOCIATES LLC,** *Defendants.* | Civil Action No. 1:12-cv-1511<br><br>Judge Richard A. Posner<br><br>Consolidated under No. 1:12-cv-1508 |

## Joint Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Brandeis University and GFA Brands, Inc. (collectively "Plaintiffs") and Defendants Bremner Food Group, Inc. and Topco Associates LLC (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of all claims raised by Plaintiffs against Defendants and all counterclaims raised by Defendants against Plaintiffs in this matter. Each of the Plaintiffs and Defendants shall be responsible for its own fees and costs.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court enter final judgment of dismissal with prejudice of all claims and counterclaims between the above defined Plaintiffs and Defendants in Case No. 1:12-cv-1511 (consolidated under 1:12-cv-1508).

Stipulated and agreed to this 19th day of April, 2013.

| For the Plaintiffs | For the Defendants |
| --- | --- |
| /s/ *Anthony A. Tomaselli* | /s/ *John F. Grady* |
| Anthony A. Tomaselli | John F. Grady |
| Kristin Graham Noel | **GRADY PILGRIM CHRISTAKIS BELL LLP** |
| Martha Jahn Snyder | 53 West Jackson Boulevard |
| Stephen J. Gardner | Suite 1515 |
| Josephine K. Benkers | Chicago, Illinois 60604 |
| Christopher James Fahy | 312.361.3470 (direct) |
| Matthew J. Duchemin | 312.939.0983 (fax) |
| QUARLES & BRADY LLP | JGrady@gradypilgrim.com |
| 33 East Main Street, Suite 900 | |
| Madison, Wisconsin 53703-3095 | David W. Harlan (*pro hac vice*) |
| Tel.: 608.251.5000 | Jennifer E. Hoekel (*pro hac vice*) |
| Fax: 608.251.9166 | B. Scott Eidson (*pro hac vice*) |
| aat@quarles.com | Mark A. Thomas (*pro hac vice*) |
| kgn@quarles.com | **ARMSTRONG TEASDALE LLP** |
| martha.snyder@quarles.com | 7700 Forsyth Blvd., Suite 1800 |
| stephen.gardner@quarles.com | St. Louis, Missouri 63105 |
| Josephine.benkers@quarles.com | 314.621.5070 |
| Christopher.fahy@quarles.com | 314.621.5065 (facsimile) |
| Matthew.duchemin@quarles.com | dharlan@armstrongteasdale.com |
| | jhoekel@armstrongteasdale.com |
| ***Attorneys for Plaintiffs, Brandeis University and GFA Brands, Inc.*** | seidson@armstrongteasdale.com |
| | mathomas@armstrongteasdale.com |
| | ***Attorneys for Defendants Bremner Food Group, Inc. and Topco Associates LLC*** |

**SO ORDERED,**

Date: April 22, 2013

_____
Hon. Richard Posner
United States Circuit Judge

2