AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Brandeis University and GFA Brands, Inc. <br> *Plaintiff* <br> v. <br> East Side Ovens Inc., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:12-cv-01508 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims by Brandeis University and GFA Brands, Inc. against East Side Ovens, Inc. are dismissed with prejudice. All claims by Brandeis University and GFA Brands, Inc. against Voortman Cookies, Inc. and Cookie Specialties, Inc. are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Richard A. Posner according to the parties' joint stipulations.

Date: APR 2 3 2013

CLERK OF COURT

*Nicole Fratto*

*Signature of Clerk or Deputy Clerk*